A CERTIFIED TRUE COPY
ATTEST
By Teresa Bishop on Aug 03, 2009

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

Jul 16, 2009

FILED
CLERK'S OFFICE

**IN RE: AETNA, INC., OUT-OF-NETWORK "UCR" RATES LITIGATION**

| | |
|---|---|
| North Penninsula Surgical Center, L.P. v. Aetna Life Insurance Co., et al., C.D. California, C.A. No. 2:09-4820 | MDL No. 2020 |
| American Surgical Assistants, Inc. v. Aetna Health, Inc., et al., S.D. Texas, C.A. No. 4:09-631 | |

**CONDITIONAL TRANSFER ORDER (CTO-1)**

On April 8, 2009, the Panel transferred one civil action to the United States District Court for the District of New Jersey for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 609 F.Supp.2d 1370 (J.P.M.L. 2009). With the consent of that court, all such actions have been assigned to the Honorable Faith S. Hochberg.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of New Jersey and assigned to Judge Hochberg.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of New Jersey for the reasons stated in the order of April 8, 2009, and, with the consent of that court, assigned to the Honorable Faith S. Hochberg.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of New Jersey. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

Aug 03, 2009

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

ATTEST:
WILLIAM T. WALSH, Clerk
United States District Court
District of New Jersey

By JOHN ICKLAN
Deputy Clerk